# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AARON RUSSEL DRAIN, | Case No.: 2:23-cv-00103-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| KEVIN MENON, *et al*., | |
| Defendants. | |

On April 4, 2023, the Court granted Plaintiff's application to proceed *in forma pauperis* subject to certain conditions. Docket No. 5. The Court ordered Plaintiff to pay an initial partial filing fee of $24.15, no later than May 4, 2023, after which the Court would screen Plaintiff's complaint. *Id*.

Plaintiff has failed to pay the initial filing fee. *See* Docket. The Court extends Plaintiff's deadline to pay his $24.15 initial partial filing fee to **November 1, 2023**. The Court will not grant any further extensions of this deadline. **Failure to timely pay the initial partial filing fee will result in a recommendation of dismissal of this action.**

IT IS SO ORDERED.

Dated: October 2, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE