AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Aaron Russel Drain,

                          JUDGMENT IN A CIVIL CASE

        Plaintiff,

v.                                Case Number: 2:23-cv-00103-JAD-NJK

Kevin Menon et al.,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendants and against Plaintiff. Case closed.

01/10/2024                                                 DEBRA K. KEMPI
Date                                                       Clerk

                                                                     /s/ R. Gador
                                                                     Deputy Clerk